# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129322

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v                                                   SC: 129322
                                                    COA: 261991
                                                    Antrim CC: 03-003709-FC
DWAYNE D. PAQUETTE,
         Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

d1121